**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

LEON WOODARD,                                    :    No. 92 MM 2020
                                                 :
                        Petitioner               :
                                                 :
                                                 :
                                                 :
             v.                                  :
                                                 :
                                                 :
                                                 :
JOHN WETZEL, SECRETARY OF THE                    :
DEPARTMENT OF CORRECTIONS;                       :
BERNADETTE MASON, FACILITY                       :
MANAGER OF SCI-MAHANOY; JOSHUA                   :
SHAPERIO [SIC], ATTORNEY GENERAL                 :
OF PENNSYLVANIA,                                 :
                                                 :
                        Respondents              :


## <u>ORDER</u>


**PER CURIAM**

     **AND NOW**, this 17th day of June, 2020, the "Motion Seeking Release from Respondents['] Custody" is DENIED.